UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICTORIA HAMILTON,

    Plaintiff,

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

Case No. 20-cv-11119

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## **JUDGMENT**

It is ordered and adjudged that pursuant to this Court's Opinion and Order entered on today's date, judgment is hereby entered in favor of defendant and against plaintiff.

Dated at Detroit, Michigan this twenty-eighth day of December 2021.

    KINIKIA D. ESSIX
    CLERK OF THE COURT

    BY: _____